UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

DYLAN LEE DERUS,

                    Defendant.

Case: 1:23-cr-20634
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-08-2023 At 01:48 PM
IND USA v. Dylan Lee Derus (krc)

---

# I N D I C T M E N T

---

THE GRAND JURY CHARGES:

### (18 U.S.C. § 2250(a)(3))
### (Failure to Register as a Sex Offender)

In or around February 2023 to June 2023, in the Eastern District of Michigan, Northern Division, and elsewhere, the defendant, **Dylan Lee Derus**, a person required to register under the Sex Offender Registration and Notification Act by reason of a conviction on July 11, 2019, for the crime of sexual abuse of a minor pursuant to 18 U.S.C. § 2243 under federal law, knowingly failed to register and update registration, all in violation of Title 18, United States Code, Section 2250(a)(3).

Dated:  November 8, 2023                    THIS IS A TRUE BILL.


                                           s/Grand Jury Foreperson
                                           GRAND JURY FOREPERSON


DAWN N. ISON
United States Attorney

s/Anthony P. Vance                         s/Roy R. Kranz
ANTHONY P. VANCE                           ROY R. KRANZ
Assistant United States Attorney           Assistant U.S. Attorney
Chief, Branch Offices                      101 First Street, Suite 200
                                           Bay City, Michigan 48708-5747
                                           (989) 895-5712
                                           Roy.Kranz@usdoj.gov
                                           (P56903)

2

Companion Case information MUST be completed by AUSA and initialed

| United States District Court Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Case: 1:23-cr-20634 Judge: Ludington, Thomas L. MJ: Morris, Patricia T. Filed: 11-08-2023 At 01:48 PM IND USA v. Dylan Lee Derus (krc) |
|---|---|
| ☐ Yes          x No | |

**Case Title:** USA v.  Dylan Lee Derus

**County where offense occurred:**  Isabella

**Check One:  X Felony      __ Misdemeanor    _Petty**

    __X__ Indictment/____ Information --- **no** prior complaint.
    _____ Indictment/____ Information ---  based upon prior complaint []
    _____ Indictment/___ Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:**  _____

    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  November 8, 2023

s/Roy R. Kranz
_____
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.